## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF OHIO

In Re:

| | | |
|---|---|---|
| Henderson E. Wilhelm | : | Case No: 05-45109 |
| Kristina L. Wilhelm | : | (Chapter 13) |
| | : | |
| | : | Judge Lawrence S. Walter |

### APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

Henderson E. Wilhelm and Kristina L. Wilhelm, claimants move this Court to order the withdrawal of moneys on deposit for this estate in the name of Henderson E. Wilhelm, 1451 Durnbaugh Drive, Beavercreek, Ohio 45432, and the payment of these moneys to claimant and in support of this motion states:

1. On September 11, 2009, the trustee of this estate deposited the sum of $6,767.23 belonging to the claimant with the Clerk of Court.

2. The claimants are the debtors in the case and are entitled to the money listed because of over-payment in their chapter 13 case.

*Henderson E. Wilhelm* /0-30-09
Henderson Wilhelm
1451 Durnbaugh Drive
Beavercreek, Ohio 454362
937-572-9240

## AFFIDAVIT OF HENDERSON WILHELM

I, Henderson Wilhelm, do hereby state that I am the claimant to the unclaimed funds referenced in this application and that I am, to the best of my knowledge, the legal owner of these funds. My mailing address and phone number are:

>1451 Durnbaugh Drive
>Beavercreek, OH 45432
>937-572-9240
>937-789-8740

*Henderson E. Wilhelm*
Henderson Wilhelm, Claimant

Dated: 10-30-09

Sworn to before me and subscribed in my presence this 30th day of October 2009.

LORENE F. GAIPO, Notary Public
In and for the State of Ohio
My Commission Expires April 26, 2011

*Lorene F. Gay*
NOTARY PUBLIC

## PROOF OF SERVICE OF APPLICATION ON UNITED STATES ATTORNEY

Notice is hereby given that on October 30, 2009 a copy of the Application for Release of Unclaimed Funds with Affidavit was served on the United States Attorney for the Southern District of Ohio, 303 Marconi Boulevard, Suite 200, Columbus, OH 43215 by United States Mail.